**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Courtney COX, Petitioner**

No. 434 WAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**MONTESSORI REGIONAL CHARTER**
**SCHOOL, Respondent**

v.

**MILLCREEK TOWNSHIP SCHOOL**
**DISTRICT, Petitioner**

No. 394 WAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**